# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| CDM/Filanc JV | )    ASBCA No. 60026 |
| | ) |
| Under Contract No. N62473-10-C-5011 | ) |

APPEARANCE FOR THE APPELLANT:　　　J. Kent Holland, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　ConstructionRisk Counsel, PLLC
　　　　　　　　　　　　　　　　　　　　　Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:　　Ronald J. Borro, Esq
　　　　　　　　　　　　　　　　　　　　　Navy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Genifer M. Tarkowski, Esq.
　　　　　　　　　　　　　　　　　　　　　Trial Attorney

## ORDER OF DISMISSAL

The parties have settled their dispute in the referenced appeal. Accordingly, the appeal is hereby dismissed with prejudice.

Dated: 25 August 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60026, Appeal of CDM/Filanc JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals